JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN WONG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:21-cv-05905-DSF-JDE<br><br>(Honorable Dale S. Fischer)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed: 7/21/21 |

# ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: August 10, 2023

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

-1-